L. · L. Johns, as Sheriff of Levy County, Florida,. and A. H. Ellzey, *Plaintiffs in Error*, v. Joe Wilkerson, *Defendant in Error.*

Decision Filed April 20, 1927.

Where the members of the Appellate Court are equally divided in opinion as to whether a decree on appeal should be affirmed or reversed, and there is no prospect of a change of judicial opinion, the decree should be affirmed so that the litigation may not be unduly prolonged.

A Writ of Error to the Circuit Court for Levy County; A. V. Long, Judge

*John R. Willis* and *W. S. Broome*, for Plaintiffs in Error;

*J. L. Frazee*, for Defendant in Error.

Per Curiam.—In this case the Chief Justice, Mr. Justice · Whitfield and Mr. Justice Buford are of the opinion that the judgment entered by the trial court to which the writ of error herein addressed should be affirmed while Mr. Justice Terrell, Mr. Justice Strum and Mr. Justice Brown are of the opinion that said judgment should be· reversed; and there being no prospect of a change of judicial opinion, the judgment will be affirmed on the authority of State *ex rel.* Hampton v. McClung, 47 Fla. 224, 37 South. Rep. 51; Pensacola Electric Co. ·v Humphreys, 61 Fla. 389, 54 South. Rep. 452; Quigg, Chief of Police v. Radel, 86 Fla. 197, 97 South. Rep. 380, and State *ex rel,* Amos v. Hamwey, 87 Fla. 55, 100 South. Rep. 796, Yarnell v. Gregory 88 Fla. 91, Broaddus v. Theurer, 92 Fla. —.

An order will be entered affirming the judgment herein.

All concur.